# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 00cr3843 JM |
|---|---|
| Plaintiff, | |
| v. | **ORDER AND JUDGMENT OF DISMISSAL** |
| SOROOSH HOMAYOUNI (2), | |
| Defendant. | |

Upon motion of the United States of America, and good cause appearing, it is HEREBY ORDERED and ADJUDGED that the Indictment in this matter is dismissed without prejudice as to defendant Soroosh Homayouni.

DATED: July 23, 2015

HON. JEFFREY T. MILLER
United States District Judge